*EXHIBIT C*

## Leo Fox

| | |
|---|---|
| **From:** | Leo Fox |
| **Sent:** | Friday, September 5, 2025 3:38 PM |
| **To:** | Kenneth P. Silverman |
| **Cc:** | George Kazantzis; Brian Powers; 'david.doyaga.sr@gmail.com' |
| **Subject:** | RE: |

You are correct on the dating. It took time to formulate the offer (my retention was also a last minute affair) and get it approved. I apologize for the late dating. I haven't heard about this today from your partner and was wondering when we might hear.

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

**From:** Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>
**Sent:** Thursday, September 4, 2025 4:17 PM
**To:** Leo Fox <leo@leofoxlaw.com>
**Cc:** George Kazantzis <gkazantzis@hotmail.com>; Brian Powers <brian.powers@rimonlaw.com>; 'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>; Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>
**Subject:** FW:

Leo,

Your client's written offer to the trustee to purchase the ground lease in the Lundy's matter is dated August 25th, but only just received this afternoon at approximately 4:00.

Please give a call on my cell today at 516-581-3201 to discuss the offer in great detail.

Thank you,
Ken

---

**Kenneth P. Silverman** | Partner

RIMÔN PC

+1 516.479.6310 | kenneth.silverman@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753

www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on LinkedIn | Like us on Facebook

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error,*
*please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Leo Fox <leo@leofoxlaw.com>
**Sent:** Thursday, September 4, 2025 4:00 PM
**To:** 'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Cc:** Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>; George Kazantzis <gkazantzis@hotmail.com>
**Subject:**

See attached offer. I did not have a wire transfer or place to deposit the 10%
amount referred to in the letter. I am advised that it will delivered or wire
transferred if you like as soon as we get the payment info.
Thank you

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

## Leo Fox

| | |
|---|---|
| **From:** | Leo Fox |
| **Sent:** | Friday, September 5, 2025 5:21 PM |
| **To:** | Kenneth P. Silverman |
| **Cc:** | George Kazantzis; Brian Powers; 'david.doyaga.sr@gmail.com' |
| **Subject:** | RE: |

Ken

Again

I have not heard from your partner about the offer, as you assured I would.

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

**From:** Leo Fox
**Sent:** Friday, September 5, 2025 3:38 PM
**To:** 'Kenneth P. Silverman' <kenneth.silverman@rimonlaw.com>
**Cc:** George Kazantzis <gkazantzis@hotmail.com>; Brian Powers <brian.powers@rimonlaw.com>;
'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Subject:** RE:

You are correct on the dating. It took time to formulate the offer (my retention was also a last minute affair) and get it approved. I apologize for the late dating. I haven't heard about this today from your partner and was wondering when we might hear.

**To:** 'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Cc:** Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>; George Kazantzis <gkazantzis@hotmail.com>
**Subject:**

See attached offer. I did not have a wire transfer or place to deposit the 10% amount referred to in the letter. I am advised that it will delivered or wire transferred if you like as soon as we get the payment info.
Thank you

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

**Leo Fox**

| | |
|---|---|
| **From:** | Brian Powers <brian.powers@rimonlaw.com> |
| **Sent:** | Friday, September 5, 2025 5:25 PM |
| **To:** | Leo Fox; Kenneth P. Silverman |
| **Cc:** | George Kazantzis; 'david.doyaga.sr@gmail.com' |
| **Subject:** | Re: |

Leo - I sent you an email at 9:22 this morning asking you for a convenient time to speak but obviously did not hear back. I am no longer available for the day, but please let me know what times would work on Monday to discuss.

---

**Brian Powers** | Partner

RIMÔN PC

+1 516.479.6357 | brian.powers@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on LinkedIn | Like us on Facebook

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error,*
*please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Leo Fox <leo@leofoxlaw.com>
**Sent:** Friday, September 5, 2025 5:21:18 PM
**To:** Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>
**Cc:** George Kazantzis <gkazantzis@hotmail.com>; Brian Powers <brian.powers@rimonlaw.com>;
'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Subject:** RE:

You don't often get email from leo@leofoxlaw.com. Learn why this is important

Ken

Again

I have not heard from your partner about the offer, as you assured I would.

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

Leo,

Your client's written offer to the trustee to purchase the ground lease in the Lundy's matter is dated August 25th, but only just received this afternoon at approximately 4:00.

Please give a call on my cell today at 516-581-3201 to discuss the offer in great detail.

Thank you,
Ken

---

**Kenneth P. Silverman** | Partner

RIMÔN PC

+1 516.479.6310 | kenneth.silverman@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753

www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on LinkedIn | Like us on Facebook

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Leo Fox <leo@leofoxlaw.com>
**Sent:** Thursday, September 4, 2025 4:00 PM
**To:** 'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Cc:** Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>; George Kazantzis <gkazantzis@hotmail.com>
**Subject:**

See attached offer. I did not have a wire transfer or place to deposit the 10% amount referred to in the letter. I am advised that it will delivered or wire transferred if you like as soon as we get the payment info.
Thank you

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

**Leo Fox**

| | |
|---|---|
| **From:** | Leo Fox |
| **Sent:** | Monday, September 8, 2025 12:48 PM |
| **To:** | 'Brian Powers'; Kenneth P. Silverman |
| **Cc:** | George Kazantzis; 'david.doyaga.sr@gmail.com' |
| **Subject:** | RE: |

Brian's email went into my Junk Folder.  Sorry.  I am available all afternoon today to discuss.

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

**From:** Brian Powers <brian.powers@rimonlaw.com>
**Sent:** Friday, September 5, 2025 5:25 PM
**To:** Leo Fox <leo@leofoxlaw.com>; Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>
**Cc:** George Kazantzis <gkazantzis@hotmail.com>; 'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Subject:** Re:

Leo - I sent you an email at 9:22 this morning asking you for a convenient time to speak but obviously did not hear back. I am no longer available for the day, but please let me know what times would work on Monday to discuss.

**Brian Powers** | Partner
RIMÔN PC
+1 516.479.6357 | brian.powers@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on LinkedIn | Like us on Facebook
*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Leo Fox <leo@leofoxlaw.com>
**Sent:** Friday, September 5, 2025 5:21:18 PM
**To:** Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>
**Cc:** George Kazantzis <gkazantzis@hotmail.com>; Brian Powers <brian.powers@rimonlaw.com>; 'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Subject:** RE:

You don't often get email from leo@leofoxlaw.com. Learn why this is important

Ken

Again

I have not heard from your partner about the offer, as you assured I would.

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

**From:** Leo Fox
**Sent:** Friday, September 5, 2025 3:38 PM
**To:** 'Kenneth P. Silverman' <kenneth.silverman@rimonlaw.com>
**Cc:** George Kazantzis <gkazantzis@hotmail.com>; Brian Powers <brian.powers@rimonlaw.com>; 'david.doyaga.sr@gmail.com' <david.doyaga.sr@gmail.com>
**Subject:** RE:

You are correct on the dating. It took time to formulate the offer (my retention was also a last minute affair) and get it approved. I apologize for the late dating. I haven't heard about this today from your partner and was wondering when we might hear.